UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

(CIVIL MINUTE ORDER)

FILED ✓
RECEIVED
MAY 23 2001
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Civil Case No.: <u>CV 97-281/310-TUC-JMR (JCC)</u>  Date: <u>May 22, 2001</u>

Title: <u>Siemer, et al. v. Associates First Capital, et al.</u>

========================================================================
========================================================================
## HONORABLE JAMES C. CARRUTH
========================================================================

On May 11, 2001, Plaintiffs filed a Proposed Notice of Pendency of Class Action. The Court finds that the notice fully complies with Fed. R. Civ. P. 23 (c)(2). The Defendants' Proposed Notice of Pendency of Class Action is rejected.

Accordingly,

IT IS HEREBY ORDERED that the Plaintiffs' Proposed Notice of Pendency of Class Action is approved as to form and should be directed to the members of the class as soon as practicable.

_____
JAMES C. CARRUTH
United States Magistrate Judge

Mailing list:

George O. Krauja, Esq.
One South Church Ave., Suite 1000
Tucson, AZ 85701-1620
FAX (520) 879-6877

Lisa M. Young, Esq.
One IBM Plaza
330 North Wabash Ave., Suite 1900
Chicago, Ill 60611
FAX (312)832-4444

JMR, JCC   (120)¹

Andrew S. Friedman, Esq.
2901 N. Central Ave., Suite 1000
Phoenix, AZ 85012-3311
FAX (602)274-1199

Paul D. Young, Esq.
One Pennsylvania Plaza, 49th Floor
New York, New York 10119-0165
FAX (212)868-1229

Robert W. Biederman, Esq.
1717 Main St., Suite 4700
Dallas, TX 75201
FAX (214) 857-6001

Patricia D. Ryan, Esq.
6106 MacArthur Blvd., Suite 110
Bethesda, MD 20816
FAX (301) 263-0587

William P. Butterfield, Esq.
1055 Thomas Jefferson Street, N.W., Suite 601
Washington, D.C. 20007
FAX (202) 965-9363

Lynn E. Berry, Esq.
5501 Backlick Road, Suite 200
Springfield, VA 22151
FAX (703) 256-3467