UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

FILED
RECEIVED ___ COPY
JUN 21 2004
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
___ DEPY

Civil Case No. CV 97-281 TUC JMR          Date: June 17, 2004

Title: Siemer, et al., v. Associates, et al.

===============================================================
### HONORABLE JOHN M. ROLL
===============================================================

A final order and judgment approving the class action settlement has issued in this case.

Accordingly,

**IT IS ORDERED** that the Clerk of the Court will **CLOSE** this case.

JOHN M. ROLL
United States District Judge

(199)